USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/27/2021___

UNITED STATES DISTRICT COU̶
FOR THE SOUTHERN DISTRICT OF NE̶

| | |
|---|---|
| GERALD BYERLY, On behalf of Himself and All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>              -against-<br><br>CONTANGO OIL & GAS COMPANY, JOHN C. GOFF, WILKIE S. COLYER, JR., B.A. BERILGEN, LON MCCAIN, JOSEPH J. ROMANO, KAREN SIMON, and JANET PASQUE,<br><br>                        Defendants. | Case No.: 21-CV-07327-AT<br><br>CLASS ACTION<br><br>**STIPULATION REGARDING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND BRIEFING SCHEDULE** |

Plaintiff Gerald Byerly ("Plaintiff") and defendants Contango Oil & Gas Company ("Contango"), John C. Goff, Wilkie S. Colyer, Jr., B.A. Berilgen, Lon McCain, Joseph J. Romano, Karen Simon and Janet Pasque (collectively "Defendants", and together with Plaintiff, the "Parties"), by and through there undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on August 24, 2021, this Court issued an order indicating its intent to consolidate all related actions[1], and providing that "any interested attorneys shall file requests to be appointed lead counsel" by August 31, 2021;

**WHEREAS**, on August 31, 2021, Plaintiff filed the first class-action complaint against Defendants for their violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"),15 U.S.C. §§ 78n(a) and 78t(a), and SEC Rule 14a-9, 17 C.F.R. § 240.14a-9 (the "Class Action");

**WHEREAS**, on August 31, 2021, Plaintiff, through his counsel, issued a press release as required under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 78u-4(a)(3), to give notice of the filing of the Class Action and setting a deadline to seek lead

---

[1] Two related actions were pending in this district, styled *Stein v. Contango Oil & Gas Company, et al.*, Case No. 21-cv-06769 and *Whitfield v. Contango Oil & Gas Company, et al.*, Case. No. 21-cv-7009 (the "Related Actions").

appointment by October 30, 2021(the "PSLRA Deadline");

**WHEREAS**, on August 31, 2021, Plaintiff moved for consolidation of the Related Actions and the Class Action challenging the federal securities disclosures arising from the merger of Contango with Independence Energy LLC ("Parent" or "Independence"), IE OpCo LLC ("OpCo"), IE PubCo Inc. ("New PubCo"), IE L Merger Sub LLC ("L Merger Sub"), and IE C Merger Sub Inc. ("C Merger Sub," and with Parent, OpCo, New PubCo, and L Merger Sub, "Independence Energy") ("Proposed Transaction") and for appointment of Monteverde and Associates PC ("Monteverde") as interim lead counsel;

**WHEREAS**, on September 20, 2021, this Court consolidated the Related Actions with the Class Action (collectively the "Consolidated Action") and appointed Monteverde as interim lead counsel ("Interim Lead Counsel") for the Consolidated Action;

**WHEREAS**, on September 20, 2021, the Court ordered the parties to submit a proposed schedule for the filing of an amended consolidated class action complaint, and the time for Defendants' response;

**WHEREAS**, the Proposed Transaction is expected to close in the fourth quarter of 2021 and the Contango shareholder vote on the Proposed Transaction will take place prior to the close of the Proposed Transaction (the "Shareholder Vote");

**WHEREAS**, Plaintiff intends to move for Lead Plaintiff in the Consolidated Action pursuant to the PSLRA, 15 U.S.C. §§ 78u-4(a)(1), 78u-4(a)(3)(B)(I), by the PSLRA Deadline and to file a consolidated amended class action complaint if appointed Lead Plaintiff;

**WHEREAS,** the Parties have met and conferred on a proposed schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by the Parties, and subject to the approval of the Court, as follows:

1.    By entering into this Stipulation, Defendants have not waived any, and expressly preserve all, of Defendants' defenses, objections, or arguments in this matter;

2.    Plaintiff shall file any consolidated amended class action complaint (the "CAC") within ten (10) days of an order appointing him Lead Plaintiff under the PSLRA or the Shareholder Vote, whichever is later;

3.    The time for Defendants to answer or otherwise respond to any CAC, including the time to submit a pre-motion letter pursuant to Section III(b)(iii) of the Court's Individual Practices in Civil Cases, shall be, and hereby is, extended to the date that is sixty (60) days after the filing of any CAC;

4.    Within forty-five (45) days after the filing of any CAC, Defendants shall send to Plaintiff a pre-motion letter ("First Pre-Motion Letter") pursuant to Section III(b)(ii) of the Court's Individual Practices in Civil Cases;

5.    Within five (5) business days of Plaintiff's receipt of Defendants' First Pre-Motion Letter, Plaintiff shall send Defendants a responsive letter pursuant to Section III(b)(ii) of the Court's Individual Practices in Civil Cases and the parties shall meet and confer regarding the same;

6.    If Defendants still wish to move to dismiss the CAC following the first set of pre-motion letters and meet-and-confer process, the parties shall submit a second set of pre-motion letters to the Court pursuant to Sections III(A) and III(b)(iii) of the Court's Individual Practices in Civil Cases;

7.    Defendants' motion to dismiss, if any, shall be filed no later than forty-five (45) days after the filing of Defendants' pre-motion letter to the Court;

8.    Plaintiff's opposition brief shall be filed no later than forty-five (45) days after the filing of Defendants' motion to dismiss;

9.    Defendants' reply brief in further support of their motion to dismiss shall be filed no later than thirty (30) days after the filing date of Plaintiffs' opposition; and

Dated: September 27, 2021

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel:(212) 971-1341
Fax:(212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Interim Lead Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Brian M. Lutz*
Brian M. Lutz
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (415) 374-8474
blutz@gibsondunn.com

*Attorneys for Defendants*

SO ORDERED.

Dated: September 27, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge

4