USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARISSA PROVOST,

                Plaintiff,

-against-

CONTANGO OIL & GAS COMPANY, WILKIE S. COLYER, JR., JOHN C. GOFF, JOSEPH J. ROMANO, B.A. BERILGEN, LON McCAIN, KAREN SIMON, and JANET PASQUE,

                Defendants.

21 Civ. 7874 (AT)

**ORDER**

GERALD BYERLY,

                Plaintiff,

-against-

CONTANGO OIL & GAS COMPANY, JOHN C. GOFF, WILKIE S. COLYER, JR., B.A. BERILGEN, LON MCCAIN, JOSEPH J. ROMANO, KAREN SIMON, JANET PASQUE., INDEPENDENCE ENERGY LLC, IE OPCO LLC, IE PUBCO INC., IE L MERGER SUB LLC, and IE C MERGER SUB INC.,

Defendants.

21 Civ. 7327 (AT)

ANALISA TORRES, District Judge:

    For substantially the same reasons stated in the Court's order of September 20, 2021, ECF No. 8, and pursuant to Federal Rule of Civil Procedure 42(a), the Court will consolidate the above-captioned cases *sua sponte*. Accordingly, the Clerk of Court is directed to consolidate the above-captioned actions, with No. 21 Civ. 7327 as the lead case.

    SO ORDERED.

Dated: October 13, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge