USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GERALD BYERLY, On behalf of Himself and All Others Similarly Situated,

           Plaintiff,

-against-

CONTANGO OIL & GAS COMPANY, JOHN C. GOFF, WILKIE S. COLYER, JR., B.A. BERILGEN, LON MCCAIN, JOSEPH J. ROMANO, KAREN SIMON, and JANET PASQUE,

           Defendants.

Case No.: 21-CV-07327-AT

CLASS ACTION

**STIPULATION AND ORDER TO DISMISS AND RETAIN JURISDICITION OVER ATTORNEYS' FEES AND EXPENSES**

Plaintiff Gerald Byerly ("Plaintiff") and defendants Contango Oil & Gas Company ("Contango"), John C. Goff, Wilkie S. Colyer, Jr., B.A. Berilgen, Lon McCain, Joseph J. Romano, Karen Simon and Janet Pasque (collectively "Defendants", and together with Plaintiff, the "Parties"), by and through there undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 7, 2021, Contango, Independence Energy LLC, IE OpCo LLC, IE PubCo Inc. ("New PubCo"), IE L Merger Sub LLC, and IE C Merger Sub Inc. entered into a Transaction Agreement, pursuant to which each share of Contango common stock will be converted into the right to receive 0.2 of a share of the new publicly-traded holding company, New PubCo. (the "Merger").

WHEREAS, on July 23, 2021, as the first step to solicit Contango shareholders to vote in favor of the Merger, Defendants authorized the filing of a Registration Statement on Form S-4 (the "Registration Statement").

WHEREAS, on September 20, 2021, this Court consolidated the Related Actions[1] with the Class Action (collectively the "Consolidated Action") and appointed Monteverde as interim lead

---

[1] Two related actions were pending in this district, styled *Stein v. Contango Oil & Gas Company, et al.*, Case No. 21-cv-06769 and *Whitfield v. Contango Oil & Gas Company, et al.*, Case. No. 21-cv-7009 (the "Related Actions").

1

counsel ("Interim Lead Counsel") for the Consolidated Action;

WHEREAS, on September 29, 2021, Plaintiff sent a demand to Defendants regarding the disclosure issues alleged in his complaint;

WHEREAS, on October 13, 2021, this Court consolidated the action styled *Provost v. Contango Oil & Gas Co., et al.*, Case No. 1:21-cv-07874 with the Consolidated Action;

WHEREAS, on November 3, 2021, Defendants caused a Form DEFM14A Definitive Proxy Statement (the "Proxy") to be filed with the SEC, which did not address the material disclosures alleged in the Consolidated Action and, in addition, scheduled the shareholder vote on the Merger for December 6, 2021;

WHEREAS, on November 26, 2021, Contango filed a Form 8-K with the SEC, which contained supplemental disclosures related to the Merger (the "Supplemental Disclosures"), which Plaintiff believes addressed and/or substantially mooted his claims;

WHEREAS, on December 6, 2021, Contango shareholders voted to approve the Merger;

WHEREAS, Plaintiff agrees to dismiss as moot the Consolidated Action;

WHEREAS, Plaintiff asserts that prosecution of the Consolidated Action caused Contango to file the Supplemental Disclosures and that Plaintiff's counsel have the right to seek and recover attorneys' fees and expenses in connection with a claimed common benefit provided to Contango's shareholders as a result of filing of the Supplemental Disclosures (the "Fee Application");

WHEREAS, Defendants dispute that any common benefit was provided to Contango's shareholders as a result of filing of the Supplemental Disclosures;

WHEREAS, the parties respectfully request that this Court retain jurisdiction over the Consolidated Action for the sole purpose of considering any Fee Application in the event the parties are unable to reach an agreement concerning the amount of attorneys' fees and expenses to be paid to Plaintiffs' counsel and such an application becomes necessary;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his respective attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussion concerning

the amount of any mootness fee application or award;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim assert in the Actions were ever meritorious; and

WHEREAS, no class has been certified in this action.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to the Court's approval that:

1. The Consolidated Action is dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and all claims asserted therein are dismissed was moot.

2. This Court shall retain jurisdiction over the parties in the Consolidated Action solely for the purpose of adjudicating the Fee Application, should such an application prove necessary.

3. This Stipulation is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

4. If the parties reach an agreement concerning the Fee Application, they will notify the Court promptly. Upon such notification, the Court will close the action.

Dated: February 15, 2022

                                                **MONTEVERDE & ASSOCIATES PC**

                                                Juan E. Monteverde (JM-8169)
                                                The Empire State Building
                                                350 Fifth Avenue, Suite 4405
                                                New York, NY 10118
                                                Tel:(212) 971-1341
                                                Fax:(212) 202-7880
                                                Email: jmonteverde@monteverdelaw.com

                                                *Interim Lead Counsel for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP

*signature*

Brian M. Lutz
200 Park Avenue, 47th Floor
New York, NY 10166
Tel: (212) 351-4000
Fax: (415) 374-8474
blutz@gibsondunn.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: February 18, 2022
       New York, New York

*signature*

U.S. District Judge Analisa Torres